The Dixie Tobacco Company, Weimer, Watkins & Wright, Meinhard Bros. & Co., Palmer Hardware Company and W. B. Ellis & Company, Appellants, vs. James H. Southall, Mitchell C. Drew and Mitchell N. Bryan, Appellees.

Appeal from Circuit Court, Madison county; John F. White, Judge.

H. J. McCall and Chas. E. Davis for Appellants.

·E. J. Vann, for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appealed. The decree is affirmed.

Decision *Per Curiam.*